STATE OF LOUISIANA      *      NO. 2024-KA-0244

VERSUS      *      COURT OF APPEAL

KENDALL GORDON      *      FOURTH CIRCUIT

     *      STATE OF LOUISIANA

     *

     *

* * * * * * *

**LEDET, J., CONCURS IN THE RESULT**